

# THE ATTORNEY GENERAL

## OF TEXAS

WAGGONER CARR
ATTORNEY GENERAL

AUSTIN 11, TEXAS

April 19, 1963

Honorable Ben Atwell, Chairman
Revenue and Taxation Committee
House of Representatives
Austin, Texas

Opinion No. C-59

Re: Whether margarine made
from safflower oil is
exempt from taxation
under Section 2 of
Article 7057c, Ver-
non's Civil Statutes.

Dear Mr. Atwell:

We have received your letter of April 2nd, in which
you request an opinion as to whether margarine made from saf-
flower oil is exempt from taxation under Section 2 of Article
7057c, V.C.S.

You express the view that it was probably the intention
of the Legislature in the original enactment of the tax on mar-
garine to exempt from taxation margarine which is composed of
domestic fats or oils.

The original act in question is House Bill 32, Chapter 6,
p. 8 of the Acts of the Third Called Session of the 43rd Legis-
lature (1934), and Section 2 of that Act is Section 2 of Arti-
cle 7057c, V.C.S., reading as follows:

> "Sec. 2. That in addition to the
> taxes now provided for by law, each and
> every wholesaler, as defined in this
> Act, who is now engaged or may be here-
> after engaged in his own name, or in
> the name of others, or in the name of
> representatives or agents in this State,
> in the sale of oleomargarine as herein
> defined, containing any fat and/or oil
> ingredient other than oleo oil from
> cattle, oleo stock from cattle, oleo
> stearine from cattle, neutral lard
> from hogs, cottonseed oil, peanut oil,
> corn oil, soya bean oil and/or milk
> fat, shall not later than the fifteenth
> day of each calendar month render sworn
> statements to the State Comptroller of
> all such oleomargarine sold by such
> wholesaler in the State of Texas during

the preceding calendar month, and pay
an excise tax of Ten (10) Cents per
pound on all such oleomargarine so
sold as shown by such statement in
the manner and within the time here-
inafter provided." (Emphasis supplied)

Section 16 of the above mentioned Act, the Emergency
Clause, does refer to the importance of the Act to the agri-
cultural and to the cattle industries of this State, and the
necessity for the fostering and promotion of those industries.

Webster's New International Dictionary, 2nd Edition
(1957) defines "safflower" as follows: "An old world thistle-
like herb having large orange colored flower heads".

The question is whether oil derived from safflower falls
within the above quoted Section 2 of the Act as ". . . containing
any fat and/or oil ingredient other than oleo oil from cattle,
oleo stock from cattle, oleo stearine from cattle, neutral lard
from hogs, cottonseed oil, peanut oil, corn oil, soya bean oil
and/or milk fat, . . .".

We fail to see that oil derived from safflower falls
within any of the above classifications, and for that reason
are of the opinion that margarine composed of such oil is not
exempt from taxation.

## S U M M A R Y

Margarine made from safflower oil is
not exempt from taxation under Section 2 of
Article 7057c, V.C.S.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

H. Grady Chandler
Assistant

HGC:jp:pw

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman
John Reeves
Bill Allen
James N. Stofer
Pat Bailey

APPROVED FOR THE ATTORNEY GENERAL
By:   Stanton Stone